```
1   LAW OFFICE OF MARK E. MERIN
    Mark E. Merin, SBN. 043849
2   Jeffrey I. Schwarzschild, SBN. 192086
    2001 P Street, Suite 100
3   Sacramento, California 95814
    Telephone: (916) 443-6911
4   Facsimile: (916) 447-8336
    Email: mark@markmerin.com
5
    Attorneys for Plaintiff
6
                              —o0o—
7
                 UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
                              —o0o—
10
```

| ELIN SPELLMAN; | CASE NO: C 06-03956 MHP |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL BY PLAINTIFF [FRCP Rule 41(a)]** |
| v. | |
| HUMBOLDT COUNTY SHERIFF'S DEPUTY ANNE GOLDSMITH; HUMBOLDT COUNTY SHERIFF'S DEPARTMENT; COUNTY OF HUMBOLDT; | |
| Defendant. | |

The parties to the above-captioned matter, having resolved their differences in a mutually satisfactory manner, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses her action with prejudice in its entirety, each party to bear their own attorney's fees and costs.

DATED: October 16, 2006         Respectfully submitted,

                                LAW OFFICE OF MARK E. MERIN

                                /s/ - "Mark E. Merin"
                                BY: _____
                                    Mark E. Merin
                                    Attorney for Plaintiffs



IT IS SO ORDERED
Judge Marilyn H. Patel